UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 31  P 2: 08

TANYA I. BUTLER,             )
                             )
        Plaintiff            )
                             )
v.                           )    Docket No. 3:02CV01896 (SRU)
                             )
                             )
JOHN E. POTTER, Postmaster   )
General                      )
                             )
                             )
        Defendant            )    December 30, 2003

## JOINT STATUS REPORT

The parties hereby submit this Joint Status Report, pursuant to the Court's December 8, 2003 Order, in the above captioned action.

**A.    Overview Of The Case**

1. The Plaintiff claims that her employer, the U.S. Postal Service, discriminated against her on the basis of her age, gender, race and color, in connection with her "merit evaluation rating" and "EVA" monetary bonus for fiscal year 1996. The Defendant has denied any discriminatory motive or animus in connection with the Plaintiff's merit evaluation rating or monetary bonus. Prior to instituting the pending action on October 25, 2002, the Plaintiff filed an EEO administrative claim with the Postal Service, which was dismissed by the Equal Employment Opportunity Commission on June 10, 2002 and by the Postal Service on July 22, 2002.

1

2. The Plaintiff contends that her gender, race, color and age were the motivating factors in the decision to accord her an "unacceptable" merit evaluation rating and withhold an EVA monetary bonus in fiscal year 1996. The Postal Service denies that any illegal factor motivated the decision to accord the Plaintiff an "unacceptable" merit evaluation rating and to withhold a monetary bonus and further states that the decisions made relative to both the rating and the monetary bonus were made for legitimate, nondiscriminatory reasons.

3. To date, the Defendant has propounded interrogatories and requests for production of documents, to which the Plaintiff has responded. The Defendant has scheduled the Plaintiff's deposition for January 20, 2004.

4. The Defendant intends to file a dispositive motion within the time required by the current scheduling order. Other than its action on this motion, the Defendant does not believe that the Court is currently required to do anything to facilitate the resolution of this case.

B. **Settlement**

1. The parties hereby certify that their representatives have discussed settlement of this case since the issuance of the Court's December 8, 2003 Order.

2. There have been no prior settlement conferences in this case.

3. The Defendant does not believe that assignment of a special master and/or a settlement conference would be likely to result in settlement,

prior to the filing of, and Court's action upon, the anticipated dispositive motion.

C. **Trial Preparation**

1. The parties anticipate that the case will be ready for trial in May 2004.
2. No additional preparation is anticipated.
3. The parties do not anticipate the filing of any additional pleadings, with the exception of the Defendant's dispositive motion and any related opposition and reply brief.

The Plaintiff:

_____
Jerald S. Barber, Esquire
Williams & Barber
129 Church Street, Suite 511
New Haven, CT 06510
(203) 787-2236
E-Mail: jerald.s.barber@snet.net
Connecticut Federal Bar No. ct14513


The Defendant

KEVIN J. O'CONNOR
United State Attorney

_____
Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, CT 06006-0170
(860) 285-7098
E-Mail: anthony.t.rice@usps.gov
Connecticut Federal Bar No. ct22474