UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| TANYA I. BUTLER, | Docket No. 3:02CV01896 (SRU) |
| Plaintiff | 2004 FEB 13  A 11: 52 |
| v. | US |
| JOHN E. POTTER, POSTMASTER | Date: February 11, 2004 |
| Defendant | |

## CONSENT MOTION TO EXTEND DISCOVERY CUT OFF DATE

The Plaintiff, by and through her counsel hereby submits this request for extension of the January 30, 2004 discovery cut off date and in support thereof states as follows:

1. The March 12, 2003 "Report of Parties Planning Meeting" provided that discovery was to be completed by January 30, 2004. Further, the parties would be required to file any dispositive motions by March 1, 2004. Said report was approved and made an order of the court.

2. The Plaintiff's deposition was not completed until January 20, 2004 and thereafter the undersigned counsel determined based upon her deposition testimony that additional discovery was required.

3. On January 30, 2004, the undersigned propounded Interrogatories and Requests for Production to the Defendant. Said discovery requested, inter alia, information and documents which had been previously disclosed by the Defendant.

4. As the Defendant requires at minimum thirty days within which to respond to the above discovery and extension of time is needed to remain in compliance with the court's scheduling order.

5. Accordingly, Plaintiff moves with the consent of the Defendant for an extension of time of thirty days to March 15, 2004 within which the Defendant may respond to the discovery and further that the time for dispositive motions be extended until April 15, 2004, thirty days after Defendant's compliance.

Respectfully submitted,
The Plaintiff:

Jerald S. Barber, Esquire
Williams & Barber
55 Church Street, Suite 800A
New Haven, CT 06510
(203) 787-2236
(203) 782-2843 (fax)
CT Federal Bar No. ct 14513

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed this 11th day of February, 2004 first class mail, postage prepaid to:

Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, CT 06006-0170

Jerald S. Barber