UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 13  A 11: 52

US

| | |
|---|---|
| TANYA I. BUTLER, | Docket No. 3:02CV01896 (SRU) |
| **Plaintiff** | |
| v. | |
| JOHN E. POTTER, POSTMASTER | Date: February 11, 2004 |
| **Defendant** | |

## CONSENT MOTION TO EXTEND DISCOVERY CUT OFF DATE

The Plaintiff, by and through her counsel hereby submits this request for extension of the January 30, 2004 discovery cut off date and in support thereof states as follows:

1. The March 12, 2003 "Report of Parties Planning Meeting" provided that discovery was to be completed by January 30, 2004. Further, the parties would be required to file any dispositive motions by March 1, 2004. Said report was approved and made an order of the court.

2. The Plaintiff's deposition was not completed until January 20, 2004 and thereafter the undersigned counsel determined based upon her deposition testimony that additional discovery was required.

3. On January 30, 2004, the undersigned propounded Interrogatories and Requests for Production to the Defendant. Said discovery requested, inter alia, information and documents which had been previously disclosed by the Defendant.

MOTION GRANTED.
SO ORDERED.
/s/ Stefan R. Underhill, U.S.D.J.
2/22/04