UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TANYA I. BUTLER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>JOHN E. POTTER, Postmaster )<br>General )<br>)<br>Defendant ) | Docket No. 3:02CV01896 (SRU)<br><br><br><br>April 15, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant in the above-captioned action hereby moves that the Court enter summary judgment for the Defendant, pursuant to Fed. R. Civ. P. 56 (b). In support of this motion, the Defendant submits that there are no genuine issues of material fact requiring a trial and that the Defendant is entitled to summary judgment as a matter of law.

The Defendant submits its Memorandum of Law, with attached exhibits, and its Local Rule 9(c) 1 Statement in support of this motion.

## ORAL ARGUMENT IS REQUESTED

The Defendant

By his attorney:
KEVIN J. O'CONNOR
United States Attorney

_____
Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Law Department
Northeast Area Office
Windsor, CT 06006-0170
(860) 285-7098
E-Mail: anthony.t.rice@usps.gov
Connecticut Federal Bar No. ct 22474

## **CERTIFICATE OF SERVICE**

I, Anthony T. Rice, Special Assistant U.S. Attorney, hereby certify that I served a copy of the attached document, by first-class mail, postage prepaid, upon the following persons:

Jerald S. Barber, Esq.
Williams & Barber
55 Church Street, Suite 800A
New Haven, CT 06510


Dated: April 15, 2004

_____
Anthony T. Rice