UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TANYA I. BUTLER, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Docket No. 3:02CV01 896 (SRU) |
| JOHN E. POTTER, Postmaster General | ) ) ) ) | |
| Defendant | ) ) | |

**Declaration Pursuant to 28 U.S.C. § 1746**

I, James F. Long, do hereby declare as follows:

1. I am the Postmaster of the Stamford, CT Post Office and I have personal knowledge of some of the facts and circumstances surrounding the claims in this case.

2. I was an affiant in Postal Service EEO Case No. 1 B-069-0002-97 and my affidavit is contained in the Report of Investigation in that case.

3. To the best of my knowledge and recollection, I did not perform the merit evaluations of either Robert Palmer or David Duddie.

4. Former Postal Service Connecticut District Manager, Human Resources Gerald Newlan never instructed me to give Tanya Butler an "unacceptable' merit evaluation rating. Any conversations that I had with Mr. Newlan related to the merit process itself and who was the appropriate management official to perform Ms. Butlers evaluation. Inasmuch as I was the Officer-in Charge of the Stamford Post Office, where Ms. Butler was employed, I did her evaluation.

5. I have never, to the best of my knowledge and belief, ignored Ms. Butler on any occasion when I have encountered her at work. I have been a Postal Service manager for over 25 years and it is my consistent practice to greet and acknowledge other management officials, including Ms. Butler, and other employees of any grade whenever I encounter them during my workday.

6. I did not utilize a" Not Rated" evaluation rating in connection with Ms. Butler's situation, based upon my information and belief that it was not applicable to her situation. It was my good faith and genuine belief that an "Unacceptable" rating was most appropriate to her situation, in light of her extended absence from work during fiscal year 1996.

7. I did not consider Ms. Butler's race, color, gender, national origin or any other improper category of consideration in reaching my decision about the proper merit evaluation rating for Ms. Butler. My evaluation of Ms. Butler was based entirely upon my good-faith belief that her extended absence resulted in her not performing her duties to a level justifying a rating higher than "Unacceptable."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April ____, 2004.

James F. Long