# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TANYA I. BUTLER,                    )
                                    )
        Plaintiff       )
                                    )
v.                                  )    Docket No. 3:02CV01896 (SRU)
                                    )
                                    )
JOHN E. POTTER, Postmaster          )
General                             )
                                    )
        Defendant       )

## Declaration Pursuant to 28 U.S.C. § 1746

I, Ralph E. Morrell, Jr., do hereby declare as follows:

1.    I am currently the Postmaster of the Westport, CT Post Office and I have personal knowledge of the facts and circumstances surrounding the claims in this case.

2.    I was a management official in the Stamford, CT Post Office during Ms. Butler's tenure at that facility.

3.    I did not perform an initial or preliminary merit evaluation of Ms. Butler in fiscal year 1996.

4.    I was never told by then-Officer-in-Charge James F. Long that former Postal Service Connecticut District Manager, Human Resources Gerald Newlan instructed Mr. Long to give Tanya Butler an "unacceptable" merit evaluation rating. I was aware that Mr. Newlan and Mr. Long discussed who would be the most appropriate manager to conduct Ms. Butler's merit evaluation.

1

I declare under penalty of perjury that the foregoing is true and

correct.  Executed on April $\underline{6}$, 2004.

Ralph E. Morrell, Jr.