UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY -5 A 11: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

TANYA I. BUTLER,　　　　　　Docket No. 3:02CV01896(SRU)

　　Plaintiff

v.

JOHN E. POTTER,
POSTMASTER　　　　　　　　Date: May 3, 2004

　　Defendant

### CONSENT MOTION FOR EXTENSION OF TIME
### TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff, by and through her counsel hereby submits this request for extension of the May 6, 2004 time within which to respond to Defendant's summary judgment motion filed April 15, 2004 and in support thereof states as follows:

1. The undersigned counsel received and reviewed Defendant's Motion for Summary Judgment on or about April 21, 2004 upon return from vacation.

2. The Plaintiff was unavailable to meet with her counsel to discuss, complete and respond to the summary judgment motion until a week later.

3. Additional time is required within which to properly respond to the Defendant's motion. As such, Plaintiff requests an additional thirty days within which to file her response.

4. The undersigned has contacted Attorney Anthony Rice, Special Assistant U.S. Attorney and counsel for the Defendants and has no knowledge of any objection to the instant motion.

Respectfully submitted,
The Plaintiff:

Jerald S. Barber, Esquire
Williams & Barber
55 Church Street, Suite 800A
New Haven, CT 06510
(203) 787-2236
(203) 782-2843 (fax)
CT Federal Bar No. ct 14513

### CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed this 3rd day of May, 2004 first class mail, postage prepaid to:

Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, CT 06006-0170

Jerald S. Barber