UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -5  A 11: 59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

TANYA I. BUTLER,            Docket No. 3:02CV01896(SRU)

   Plaintiff

v.

JOHN E. POTTER,
POSTMASTER                  Date: May 3, 2004

   Defendant

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, by and through her counsel hereby submits this request for extension of the May 6, 2004 time within which to respond to Defendant's summary judgment motion filed April 15, 2004 and in support thereof states as follows:

1. The undersigned counsel received and reviewed Defendant's Motion for Summary Judgment on or about April 21, 2004 upon return from vacation.

2. The Plaintiff was unavailable to meet with her counsel to discuss, complete and respond to the summary judgment motion until a week later.

3. Additional time is required within which to properly respond to the Defendant's motion. As such, Plaintiff requests an additional thirty days within which to file her response.

4. The undersigned has contacted Attorney Anthony Rice, Special Assistant U.S. Attorney and counsel for the Defendants and has no knowledge of any objection to the instant motion.

MOTION GRANTED.
SO ORDERED.
5/7/04