UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 15 P 1:04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| TANYA I. BUTLER, | ) |
| Plaintiff | ) |
| v. | ) Docket No. 3:02CV01896(SRU) |
| JOHN E. POTTER, Postmaster General | ) |
| | ) June 14, 2004 |

### PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-entitled action hereby replies to the Defendant's Motion For Summary Judgment. In support of this motion, the Plaintiff submits that genuine issues of material fact exists and accordingly, summary judgment is inappropriate.

The Plaintiff submits her Memorandum of Law, with attached exhibits, and its Local Rule 9(c)1 Statement in support of this motion.

The Plaintiff
By her attorney

_____
Jerald S. Barber
Williams and Barber
55 Church Street, Suite 800A
New Haven, Connecticut 06510
Telephone (203) 787-2236
Facsimile (203) 782-2843
Ct. Federal Bar No. 14513

1

## Certification

This is to certify that a copy of the foregoing Reply to Motion for Summary Judgment was mailed this 14th day of June, 2004, first class mail, postage prepaid to:

Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, Connecticut 06006-0170

Jerald Barber