UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 15 P 1:04

U.S. DISTRICT COURT

| | |
|---|---|
| TANYA I. BUTLER, | ) |
| Plaintiff | ) ) ) |
| v. | ) Docket No. 3:02CV01896(SRU) |
| JOHN E. POTTER, Postmaster General | ) ) ) ) |
| | ) June 14, 2004 |

**PLAINTIFF'S STATEMENT OF MATERIAL
FACTS NOT IN DISPUTE**

Pursuant to Rule 9 (c)(1) of the local rules of civil procedure, the plaintiff sets forth the following statement of material facts, as to which she contends there is no genuine issue to be tried.

1. The plaintiff, Tanya Butler, is an employee of the United States Postal Service.

2. The plaintiff was absent from work from approximately July 1995 through April or May 1996.

3. James Long was the officer in charge at the Stamford Post Office. Long, who is white/Caucasian evaluated plaintiff's work performance and rated plaintiff's performance as "unacceptable" for fiscal year 1996.

4. In fiscal year 1996, the plaintiff used 1669 hours of leave which was an excused absence.

5. The EAS Merit Performance Evaluation form contains a category entitled "Not Rated".

6. All of the other supervisory employees rated by Long for fiscal year 1996 received a rating of "Met Objectives/Expectations".

7. On December 30, 1996, the plaintiff filed an EEO complaint of discrimination arising out of her receipt of an unacceptable Merit Evaluation Rating.

8. On June 10, 2002, the EEOC dismissed the plaintiff's claims.

9. On July 22, 2002, the Postal Service issued a notice of final decision in connection with plaintiff's discrimination co plaint.

1

10. On October 25, 2002, the plaintiff filed the instant civil action in this court.

11. The plaintiff maintains that the same factual basis that supports her claim of race discrimination also supports her claim of discrimination based on her color.

The Plaintiff
By her attorney

*/s/ Jerald S. Barber*

Jerald S. Barber
Williams and Barber
55 Church Street, Suite 800A
New Haven, Connecticut 06510
Telephone (203) 787-2236
Facsimile (203) 782-2843
Ct. Federal Bar No. 14513

### Certification

This is to certify that a copy of the foregoing Reply to Motion for Summary Judgment was mailed this 14th day of June, 2004, first class mail, postage prepaid to:

Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, Connecticut 06006-0170

*/s/ Jerald Barber*

2



# EAS Merit Performance Evaluation

| Employee Name | Social Security Number |
| --- | --- |
| Butler, T I | 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 |

| Title | Occupation Code | EAS Grade | Finance Number |
| --- | --- | --- | --- |
| Supv Customer Services | | 16 | 08-7718 |

| Organization | Period | Time in Current Assignment |
| --- | --- | --- |
| Stamford Post Office | From: 9/16/95  To: 9/13/96 | |

I. **Overall Evaluation of Individual Accomplishments/Results:** Evaluate the personal accomplishments/results of the employee. Consider the objectives set at the beginning of the evaluation period (Section IV) as well as the Narrative of Work Accomplishments supplied by the employee.

| | Categories | Definitions |
| --- | --- | --- |
| ☐ | Far Exceeded Objectives/ Expectations (FE) | Overall contribution to the business, both functionally and organizationally, exceeded expectations of the job. Individual consistently produced very good to excellent results. |
| ☐ | Met Objectives/ Expectations (M) | Overall contribution to the business, both functionally and organizationally, met and sometimes exceeded the expectations of the job. Individual consistently produced proficient results. |
| ☒ | Unacceptable (U) | Individual's performance relative to the basic expectations of the job was unsatisfactory, including poor quality results and failure to meet commitments. |
| ☐ | Not Rated (NR) | Experience with the individual's performance was insufficient to determine an appropriate performance category or other relevant contingency (attach explanation). |

II. **Recommendation/Approval required:**

| Approved by: | Title/Position | Date |
| --- | --- | --- |
| | | |

| Second Level Approval*: | Title/Position | Date |
| --- | --- | --- |
| Jo Saunders | | 11-25-96 |

* Second level approval required for ratings of Far Exceeds (FE) or Unacceptable (U).

III. **Final Evaluation Discussed with Employee**

| Employee's Signature and Date* | Evaluator's Signature and Date |
| --- | --- |
| [signature] 12/3/96 | James Long |

* Employee's signature acknowledges discussion of final evaluation and receipt of a copy. It does not necessarily imply agreement.

EX 3