UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TANYA I. BUTLER

     v                                     3:02CV1896 (SRU)

POSTMASTER GENERAL.
JOHN E. POTTER

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on October 29, 2004, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of November, 2004.

                                                  KEVIN F. ROWE, CLERK

                                                  By /s/ Alice Montz
                                                          Deputy Clerk

EOD_____